STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
JORGE V MELENDEZ PADILLA
CARMEN M CINTRON CRUZ    Chapter 13

Case No. 10-07621-SEK
Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances
- Debtor [✓] Present [ ] Absent
- Joint Debtor [✓] Present [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: September 21, 2010
Time: 3:30    Track: 008
[✓] This is debtor(s) 1 Bankruptcy filing.
Liquidation Value: 2,850
Creditors PV $3,305

## II. Oath Administered
[✓] Yes  [ ] No

## III. Documents Filed/Provided
- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
    - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate
- [ ] DSO Recipient's information
- [✓] State Tax Returns 06-09 [ ] Returned
- [✓] Federal Tax Returns 06-09 [✓] Returned
- [ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[✓] Closed  [ ] Not Held  [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

- [ ] Feasibility
- [ ] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)
- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [✓] Tax returns missing
    - [✓] State - years 2008
    - [ ] Federal - years _____

- [ ] No DSO certificate (Post-petition)
- [✓] Evidence of income June, July, August and last week of May 2010
    - [ ] Missing  [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
    - [ ] Incomplete  [ ] Missing
    - [ ] Fails commitment period  [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
    - [ ] Missing  [ ] More than 180 days
    - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE V MELENDEZ PADILLA  
CARMEN M CINTRON CRUZ

Case No. 10-07621-SEK

Chapter 13

Attorney Name: JOSE PRIETO CARBALLO ESQ*

**VI. Plan** (Cont.)

Date: August, 19, 2010  Base $ 15,000.00  [X] Filed  Evidence of Pmt shown: Personal check $250.00

Payments __0__ made out of __1__ due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** October, 15, 2010

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $326.00 = $2,674.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____  
[ ] Insurance estimate  
_____  
[ ] Assumption/Rejection executory contract  
_____  
[ ] Appraisal _____  
_____  
[ ] State tax returns years _____  
[ ] Federal tax returns years _____  
[ ] Correct SS # (Form B21)  
   [ ] Debtor  [ ] Joint debtor  
[ ] Other:  
_____  
_____

[ ] Amended S.O.F.A. _____  
[ ] Amended plan  
[ ] Business Documents  
   [ ] Monthly reports for the months  
_____  
_____  
[ ] Public Liability Insurance  
[ ] Premises _____  
[ ] Vehicle(s) _____  
[ ] Licenses issued by:  
_____  
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;  
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____  
[ ] Other: _____ 2009 tax refund 2,373 plus $403

**COMMENTS**

1) Debtor will inform PAN the new income, they have approved until this month. To inform status, provide evidence of it and amend schedules. 2) Amend SOFA to include PAN income, since 2009 (February); 3) To include employer information - Buchona Warehouse at Schedule I;  4) Amend J new mortgage payment of $197.00.  5) Amend plan to devote only 50% tax refund

Trustee/Presiding Officer

Date: September 21, 2010 (Rev.)