IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-07621 SEK |
|---|---|
| **JORGE V MELENDEZ PADILLA** <br> **CARMEN M CINTRON CRUZ** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to devote only 50% tax refund to the trustee.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 14th day of October of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                             Case No. 10-07621-13

MELENDEZ PADILLA, JORGE V & CINTRON CRUZ, CARMEN M      Chapter 13
                          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 10/14/2010
     ☐ PRE ☐ POST-CONFIRMATION             Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 250.00 x 60 = $ 15,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 15,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 15,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,674.00

Signed: /s/ JORGE V MELENDEZ PADILLA
          Debtor

          /s/ CARMEN M CINTRON CRUZ
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     USDA RURAL DEVELOPM
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID PRO RRATA WITH ARREARS OWED TO RELIABLE FIN AHEAD OF SECURED CREDITORS PER 11 USC 330.

50% TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN.

Attorney for Debtor Jose Prieto                                Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          RECOVERY MANAGEMENT SYSTEMS CORP         US Bankruptcy Court District of P.R.
0104-3                                    GE MONEY BANK (SAM'S CLUB)               U.S. Post Office and Courthouse Building
Case 10-07621-SEK13                       25 S.E. 2ND AVENUE, SUITE 1120           300 Recinto Sur Street, Room 109
District of Puerto Rico                   MIAMI, FL 33131-1605                     San Juan, PR 00901-1964
Old San Juan
Thu Oct 14 18:24:08 AST 2010

BANCO SANTANDER                           BANK OF AMERICA                          CITIFINANCIAL
P O BOX 362589                            P O BOX 1532                             P O BOX 71328
SAN JUAN, PR  00936-2589                  WILMINGTON, DE 19899-1532                SAN JUAN, PR  00936-8428


CITIFINANCIAL                             FIRST BANK OF PR                         Fia Card Services, NA As Successor In Intere
P O BOX 9300                              FIA CARD SERVICES                        Bank of America NA and Mbna America Bank
SAN JUAN, PR  00908-0300                  P O BOX 15026                            1000 Samoset Drive
                                          WILMINGTON, DE  19850-5026               DE5-023-03-03
                                                                                   Newark, DE 19713-6000

IRS                                       ISLAND FINANCE                           MULTI -VENTAS Y SERVICIOS PR
P O BOX 21125                             P O BOX 715404                           P O BOX 6012
PHILADELPHIA, PA 19114-0325               SAN JUAN, PR  00936                      CAGUAS, PR  00726-6012


NCO FINANCIAL                             SAMS                                     SANTANDER FINANCIAL D/B/A ISLAND FINANCE
P O BOX 192478                            P O BOX 103104                           PO BOX 195369
HATO REY, PR 00919-2478                   ROSWELL, GA 30076-9104                   SAN JUAN PR 00919-5369


SEARS                                     SECURITY CREDIT SERVICES, LLC            USDA RURAL DEVELOPMENT
P O BOX 6241                              5440 N CUMBERLAND AVE STE 300            P O BOX 66889
SIOUX FALLS, SD 57117-6241                CHICAGO, IL 60656-1486                   ST LOUIS, MO 63166-6889


USDA RURAL HOUSING SERIVCE                ALEJANDRO OLIVERAS RIVERA                CARMEN M CINTRON CRUZ
Centralized Servicing Center              ALEJANDRO OLIVERAS, CHAPTER 13 TRUS      27 CALLE AZUCENA
P O Box 66879                             PO BOX 9024062                           URB JARDINES DE NARANJITO
St. Louis, MO 63166-6879                  SAN JUAN, PR 00902-4062                  NARANJITO, PR 00719-4402


JORGE V MELENDEZ PADILLA                  JOSE M PRIETO CARBALLO                   MONSITA LECAROZ ARRIBAS
27 CALLE AZUCENA                          JPC LAW OFFICE                           OFFICE OF THE US TRUSTEE (UST)
URB JARDINES DE NARANJITO                 PO BOX 363565                            OCHOA BUILDING
NARANJITO, PR 00719-4402                  SAN JUAN, PR 00936-3565                  500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```