UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
**MINUTE OF HEARING**

*Hearing Information:*

Debtor: JORGE MELENDEZ PADILLA  Case Number: 10-07621-SEK
Joint Debtor: CARMEN CINTRON CRUZ  Chapter: 13

Date / Time / Room: 10-15-2010  Courtroom #1
Bankruptcy Judge: Sara De Jesus
Courtroom Deputy: MARIBEL MONTALVO

*Matter:*
CONFIRMATION OF PLAN DATED 08/19/2010 (#02)

*Appearances:* ☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee ☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)

☐ Plan Dated: _____ ☐ As modified in open Court (see additional comments) was: ☐ Confirmed.* ☐ Denied.*

☐ Modified Plan Dated: _____ ☐ Approved ☐ Denied

☐ Motion filed by _____ is ☐ Granted * ☐ Denied * ☐ Withdrawn ☐ Moot.

☐ Debtor's motion requesting voluntary dismissal is hereby granted. *

☐ Case is dismissed for reasons stated in open Court. * ☐ Order to show cause is enforced and case is dismissed.*
  ☐ Trustee is awarded $100.00 for costs.
☐ Motion for Reconsideration was granted. * Order Dismissing Case entered on _____ is vacated and set aside.
☐ The case was converted for reasons stated in open Court. * ☐ _____ to pay conversion fees within ____ days.
☐ Debtor's ☐ Trustee's Objection to Claim No. _____ filed by _____ is:
  ☐ Granted* ☐ Denied* ☐ Withdrawn. ☐ Moot.
  Claim is :* ☐ Disallowed ☐ Allowed as _____.
☐ Application for Compensation and/or Reimbursement of Expenses filed by _____ is
  ☐ Approved in the amount of _____.* ☐ Denied.*
☐ 341 Meeting was rescheduled for: _____.

☐ Debtor (s) will show cause within fourteen days why this case should not be dismissed or converted for unreasonable delay that is prejudicial to creditors and an inability to obtain the confirmation of a plan, 11 U.S.C. Section 1307 (c) (1) (5). Failure to respond may cause the Court to dismiss or convert the case without further hearing.*

☐ Hearing rescheduled: ☐ Status conference set: ☐ Pretrial hearing for: _____.
☐ Clerk to give notice of hearing.* ☑ Clerk to follow up and return to chambers within 17 days consider pending matters (see additional comments)
☐ Clerk to refer file to chambers ____ days ahead of next hearing.

☑ Additional Comments:

Trustee to review amended documents, deal with the motion to dismiss and to submit recommendation within (14) days.
Clerk to follow up.